UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
EERIE DIVISION

| | | |
|---|---|---|
| CURTIS and TINA ELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-00115-SJM |
| | ) | |
| VALENTINE & KEBARTAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiffs, CURTIS and TINA ELDER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  July 30, 2012                         RESPECTFULLY SUBMITTED,

                                              KROHN & MOSS, LTD.


                                      By: /s/ Adam Hill

                                          Adam Hill, Esq.
                                          Krohn & Moss, Ltd.
                                          10 N. Dearborn St., 3rd Floor
                                          Chicago, IL 60602
                                          323-988-2400 ext 242
                                          866-829-5083 (Fax)
                                          ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Adam Hill

Adam Hill, Esq.
Krohn & Moss, Ltd.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
323-988-2400 ext 242
866-829-5083 (Fax)
ahill@consumerlawcenter.com