## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | | |
|---|---|---|
| CURTIS and TINA ELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-00115-SJM |
| | ) | |
| VALENTINE & KEBARTAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

CURTIS and TINA ELDER, (Plaintiff), by their attorneys, KROHN & MOSS, LTD., and

pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without

Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against,

VALENTINE & KEBARTAS, INC (Defendant), in this case.

DATED:  September 11, 2012          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By:  /s/ Adam Hill

Adam Hill, Esq.
Krohn & Moss, Ltd.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
323-988-2400 ext 242
866-829-5083 (Fax)
ahill@consumerlawcenter.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2012, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was mailed to the below address.

Valentine & Kebartas, Inc
3611 1st Street East
Suite 720
Bradenton FL 34208


By:  /s/ Adam Hill

Adam Hill, Esq.
Krohn & Moss, Ltd.
10 N. Dearborn St., 3rd Floor
Chicago, IL 60602
323-988-2400 ext 242
866-829-5083 (Fax)
ahill@consumerlawcenter.com